# Exhibit 2

| FLIR – Thermal Camera and Connected Smartphone (See Product List at end for models) | |
|---|---|
| **Infringement of the '413 patent** | |
| Claim 1 | Evidence |
| 1. A mobile communication device comprising a computational means and output means, | The FLIR thermal camera with connected smartphone is a mobile communication device that has a computational means and an output means.<br><br>For example, FLIR promotes the connection of the FLIR ONE Pro thermal camera to an Apple iPhone. The FLIR ONE Pro has an iOS (i.e. Apple operating system) variant. The FLIR ONE Pro also has an Android variant for connection to an Android smartphone. The Apple iPhone has a CPU as a computational means and a touchscreen display as an output means. For example, the Apple iPhone12 has Apple A14 Bionic CPU and an AM-OLED touchscreen display. |



[1]

[2]



**⊞ Application processor, Chipset:**

| | |
|---|---|
| CPU Clock ⓘ | 2990 MHz |
| CPU ⓘ | Apple A14 Bionic APL1001 / APL1W01 (T8101), 2020, 64 bit, hexa-core, |

**⊞ Operative Memory:**

| | |
|---|---|
| RAM Type ⓘ | mobile (LP) DDR4 SDRAM |
| | 2133 MHz ⓘ |
| RAM Capacity ⓘ | 6144 MiB RAM |

[2]

**❖ Display ⓘ ⟵**

| | |
|---|---|
| Display Notch ⓘ | 1-notch |
| Display Diagonal ⓘ | 153.92 mm |
| | 6.1 inch ⓘ |
| Resolution ⓘ | 1170x2532 |
| | 2962440 pixels ⓘ |
| Display Width ⓘ | 64.56 mm |
| | 2.54 inch ⓘ |
| Display Height ⓘ | 139.72 mm |
| | 5.5 inch ⓘ |
| Horizontal Full Bezel Width ⓘ | 6.94 mm |
| Display Area ⓘ | 9021.2 square millimeter |
| Display Area Utilization ⓘ | 86.0% |
| Pixel Size ⓘ | 0.05518 mm/pixel |
| Pixel Density ⓘ | 460 PPI |
| Display Type ⓘ | Color AM-OLED ⓘ display |
| Display Subtype | Super Retina XDR ⓘ |

[2]

For example, FLIR promotes the connection of the FLIR One Pro LT thermal camera to a Samsung smartphone. The FLIR One Pro LT has an Android

variant. The FLIR One Pro LT also has an iOS variant for connection to an Apple iPhone. The Samsung smartphone has a CPU as a computational means and a touchscreen display as an output means. For example, the Samsung Galaxy S22+ smartphone has a Qualcomm Snapdragon CPU and an AM-OLED touchscreen display.



[3]

[3]

| Brand ⓘ | Samsung |
|---|---|
| Model ⓘ | SM-S906U Galaxy S22+ 5G UW Dual SIM TD-LTE US 128GB / SM-S906A |
| Brief ⓘ | |
| All your video calls, presentations and content edits look brilliantly bright and silky smooth | |
| Released ⓘ | 2022 Feb 26 |
| Announced ⓘ | 2022 Feb 9 |
| Hardware Designer ⓘ | Samsung Electronics |
| Manufacturer ⓘ | Samsung Electronics |

[4]

⊞ Application processor, Chipset:

| CPU Clock ⓘ | 2995 MHz |
|---|---|
| CPU ⓘ | Qualcomm Snapdragon 8 Gen 1 5G SM8450 (Taro), |

⊞ Operative Memory:

| RAM Type ⓘ | LPDDR5 SDRAM |
|---|---|
| | 3200 MHz ⓘ |
| RAM Capacity ⓘ | 8192 MiB RAM |

[4]

5

❖ **Display** ⓘ ←

| | |
|---|---|
| **Display Hole** ⓘ | 1-hole |
| **Display Diagonal** ⓘ | 166.5 mm |
| | 6.6 inch ⓘ |
| **Resolution** ⓘ | 1080x2340 |
| | 2527200 pixels ⓘ |
| **Display Width** ⓘ | 69.77 mm |
| | 2.75 inch ⓘ |
| **Display Height** ⓘ | 151.18 mm |
| | 5.95 inch ⓘ |
| **Horizontal Full Bezel Width** ⓘ | 6.03 mm |
| **Display Area** ⓘ | 10548 square millimeter |
| **Display Area Utilization** ⓘ | 88.4% |
| **Pixel Size** ⓘ | 0.0646 mm/pixel |
| **Pixel Density** ⓘ | 393 PPI |
| **Display Type** ⓘ | Color AM-OLED ⓘ display |
| Display Subtype ⓘ | Dynamic AM-OLED ⓘ |

[4]

For example, FLIR promotes the connection of the FLIR ONE Gen 3 thermal camera to a Google smartphone. The FLIR ONE Gen 3 has an Android variant. The FLIR ONE Gen 3 also has an iOS variant for connection to an Apple iPhone. The Google smartphone has a CPU as a computational means and a touchscreen display as an output means. For example, the Google Pixel 6a smartphone has a Google Tensor CPU and an AM-OLED touchscreen display.



[5]

[5]

7

| | |
|---|---|
| **Brand** (i) | Google |
| **Model** (i) | Pixel 6a 5G UW TD-LTE US 128GB GB62Z |
| **Brief** (i) | |
| Get hours of power in just a few minutes with fast wired charging | |
| **Released** (i) | 2022 Jul 21 |
| **Announced** (i) | 2022 May 11 |
| **Hardware Designer** (i) | Google |

[6]

⚙ **Application processor, Chipset:**

| | |
|---|---|
| **CPU Clock** (i) | 2800 MHz |
| **CPU** (i) | Samsung Google Tensor S5P9845 (GS101) |

▦ **Operative Memory:**

| | |
|---|---|
| **RAM Type** (i) | LPDDR5 SDRAM |
| | 3200 MHz (i) |
| **RAM Capacity** (i) | 6144 MiB RAM |

[6]

8

| | |
|---|---|
| | ❖ **Display** ⓘ    ⬅ |
| | **Display Hole** ⓘ     1-hole |
| | **Display Diagonal** ⓘ   156 mm |
| | 6.1 inch ⓘ |
| | **Resolution** ⓘ     1080x2400 |
| | 2592000 pixels ⓘ |
| | **Display Width** ⓘ   64.02 mm |
| | 2.52 inch ⓘ |
| | **Display Height** ⓘ   142.26 mm |
| | 5.6 inch ⓘ |
| | **Horizontal Full Bezel Width** ⓘ   7.78 mm |
| | **Display Area** ⓘ     9107 square millimeter |
| | **Display Area Utilization** ⓘ   83.3% |
| | **Pixel Size** ⓘ     0.05927 mm/pixel |
| | **Pixel Density** ⓘ   429 PPI |
| | **Display Type** ⓘ    Color AM-OLED ⓘ  display |
| | **Display Color Depth** ⓘ   24 bit/pixel |
| | [6] |
| further comprising a module incorporating a non-contact temperature sensor for receiving from an external surface electromagnetic | The FLIR thermal camera with connected smartphone further includes a module incorporating a non-contact temperature sensor for receiving from an external surface electromagnetic radiation in the infrared spectral range.

For example, the FLIR ONE Pro thermal smartphone module includes a thermal sensor that is capable of sensing infrared electromagnetic radiation from an external source in a non-contact manner, thereby being operational as a non- |

| radiation in the infrared spectral range, | contact temperature sensor. The FLIR ONE Pro can measure temperatures from 0 to 400 degrees Celsius.  [1] |

10



[1]

[1]

11

For example, the FLIR One LT thermal smartphone module includes a thermal sensor that is capable of sensing infrared electromagnetic radiation from an external source in a non-contact manner, thereby being operational as a non-contact temperature sensor. The FLIR One LT can measure temperatures from -20 to 120 degrees Celsius.



| IMAGING & OPTICAL | |
| --- | --- |
| Adjustable MSX distance | 0.3 m — Infinity |
| Focus | Fixed 15 cm — Infinity |
| Frame Rate | 8.7 Hz |
| General Description | Thermal and Visual Cameras with MSX |
| HFOV/VFOV | 50° ±1° / 38° ±1° |
| Palette | Gray (white hot), Hottest, Coldest, Iron, Contrast, Arctic, Lava and Color Wheel |
| Shutter | Automatic/Manual |
| Thermal Resolution | 80 × 60 |
| Thermal Sensitivity/NETD | 100 mK |
| Thermal Sensor | Pixel size 17 µm, 8 — 14 µm spectral range |
| Video and Still Image Display/Capture | Saved as 1440 × 1080 |
| Visual Resolution | 1440 × 1080 |

[3]



[3]
For example, the FLIR ONE Gen 3 thermal smartphone module includes a thermal sensor that is capable of sensing infrared electromagnetic radiation from an external source in a non-contact manner, thereby being operational as a non-contact temperature sensor. The FLIR ONE Gen 3 can measure temperatures from -20 to 120 degrees Celsius.

13



[5]

[5]

| such non-contact | The non-contact temperature sensor of the FLIR thermal camera with |

| temperature sensor generates a signal. | connected smartphone generates a signal.<br><br>For example, the thermal sensor in the FLIR thermal smartphone module (FLIR ONE Pro, FLIR One LT, FLIR ONE Gen 3) generates an IR image signal which can be displayed on the display of the smartphone, whereby an object's colour in the image is indicative of the object's temperature (e.g. hot objects appear orange or red and cooler objects appear blue or green.<br><br><br><br>[1] |
|---|---|

15



[3]

16



[5]

**Product List:**

FLIR ONE Pro
FLIR One Pro LT
FLIR ONE Gen 3

**References:**

[1] FLIR ONE Pro
https://www.flir.com/products/flir-one-pro/?vertical=condition+monitoring&segment=solutions

17

[2] PhoneDB – Apple iPhone12 Pro
https://phonedb.net/index.php?m=device&id=17763&c=apple_iphone_12_pro_uw_5g_a2341_dual_sim_td-lte_us_512gb__apple_iphone_13,3&d=detailed_specs

[3] FLIR One Pro LT
https://www.flir.com/products/flir-one-pro-lt/?vertical=condition%20monitoring&segment=solutions

[4] PhoneDB – Samsung Galaxy S22+
https://phonedb.net/index.php?m=device&id=19767&c=samsung_sm-s906u_galaxy_s22plus_5g_uw_dual_sim_td-lte_us_128gb__sm-s906a__samsung_rainbow_g&d=detailed_specs

[5] FLIR ONE Gen 3
https://www.flir.com/products/flir-one-gen-3/?model=435-0005-03&vertical=condition+monitoring&segment=solutions

[6] PhoneDB – Google Pixel 6a
https://phonedb.net/index.php?m=device&id=20384&c=google_pixel_6a_5g_uw_td-lte_us_128gb_gb62z__google_bluejay&d=detailed_specs