Exhibit 6

**Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. FLIR ("Defendant")**

| Claim 20 | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The FLIR customer service platform performs a method of processing requests.<br><br>For example, the customer service platform performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br>> Users can contact us either via Phones or submitting a request via our customer support portal : https://support.flir.com<br><br>Source: https://flir.custhelp.com/ci/fattach/get/758850/0/filename/How+to+Register+and+Create+Tech+Support+requests+Online.pdf<br><br>**FLIR Systems USA - USA**<br>Address: 9 Townsend West, Nashua, NH 03063, USA<br>Services:<br>• Full Service including calibration<br>• Primary Service and Support for Thermography Handheld, Automation, Science, Firefighting infrared cameras, as well as EXTECH and FLIR meters.<br><br>For FLIR infrared cameras<br>Repair & Calibration: 1-866-FLIR-911 Opt 2 or ccare@flir.com<br>Technical support: 1-866-477-3687 or Ask a Question<br><br>For EXTECH and FLIR meters<br>Repair & Calibration: RMA Form<br>Technical support: 1-866-477-3687<br><br>Source: http://support.flir.com/Service/App/getServiceLocations1.aspx?C=USA |

Source: https://www.flir.com/support-center/instruments2/service/service-and-support/

Source: https://flir.custhelp.com/app/answers/detail/a_id/3572/~/tech-support-phone-lines



Source: https://www.flir.in/support/

**How do I get support for my product?**

The best way to get in touch with a product specialist is to use the "Ask a Question" feature. You can also call a local number to speak with a support agent over the phone.

Source: https://flir.custhelp.com/app/answers/detail/a_id/2955/related/1/session/L2F2LzEvdGltZS8xNjg3MzI5NTc0L2dlbi8xNjg3MzI5NTc0L3NpZC9mVURkVklTMGlaJTdFSXNyMzJmNlhJOGcza1hoQU9Ia3V6c0hNdiU3RVheU1fUVFfOCU3RTRiY21NWXZybzlnaWMyZUZfakFFHMEtHWG9hbEkxUDdxdGtBV0ZCQVllNJTdFeHJoTU12VCU3RVRfRndXQ1YxOFRxeERxSm1KYmV3eGl3JTIxJTIx

_

**How does the support system work?**

Our team is standing by five days a week to help you get the support you need. When you ask a question, the case will be assigned to an agent who can work through troubleshooting steps with you.

If the case requires a more in-depth analysis, it will be assigned to a higher tier of the support staff.

Our support agents can answer technical questions, help diagnose possible hardware problems and provide support for all FLIR and Extech software.

If you have a product supported by a different division of FLIR, you can find support here: FLIR Support

Source: https://flir.custhelp.com/app/answers/detail/a_id/2955/related/1/session/L2F2LzEvdGltZS8xNjg3MzI5NTc0L2dlbi8xNjg3MzI5NTc0L3NpZC9mVURkVklTMGlaJTdFSXNyMzJmNlhJOGcza1hoQU9Ia3V6c0hNdiU3RVheU1fUVFfOCU3RTRiY21NWXZybzlnaWMyZUZfakFFHMEtHWG9hbEkxUDdxdGtBV0ZCQVllNJTdFeHJoTU12VCU3RVRfRndXQ1YxOFRxeERxSm1KYmV3eGl3JTIxJTIx

3

| | |
|---|---|
| | **FLIR Service & Support**<br><br>Technical Support<br><br>The FLIR Technical Support Center portal will help you as a FLIR customer to get the most out of your FLIR products. The portal gives you access to our support team, software and documentation, service contacts, etc.<br><br>Source: https://www.flir.com/support-center/instruments2/service/service-and-support/ |
| estimating at least one content-specific or requestor-specific characteristic associated with each received request; | The FLIR customer service platform estimates a content-specific or a requestor-specific characteristic associated with each received request.<br><br>For example, the customer service platform uses information provided by the caller, such as through interactive voice responses, and email to determine the nature of the call.<br><br>iii. Please enter your email address to register. Official email address is preferred so that the system can recognize you if you have interacted with Enterprise Support in the past.<br><br>**Sign in**<br><br>EMAIL ADDRESS: abcd@xyz.com<br><br>CONTINUE<br><br>By submitting this form, you agree to FLIR's Terms of Service. For more information on FLIR's policies regarding the processing of your Personal Information, please click here for Cookie Policy and Privacy Policy or contact us at: PersonalDataManager@flir.com. |

4

| | |
|---|---|
| | Source: https://flir.custhelp.com/ci/fattach/get/758850/0/filename/How+to+Register+and+Create+Tech+Support+requests+Online.pdf

**Unable to call one of our phone numbers?**
You can Ask a Question leaving your contact information and we will be glad to give you a call back.

Source: https://flir.custhelp.com/app/answers/detail/a_id/3572/~/tech-support-phone-lines#:~:text=%2B1%20805%20392%203775

**1. Contacting Support via Customer Support Portal**

The first step is to register yourself to our customer support portal via your email address

    a. **Register to Customer Support Portal**

        i. New users must perform a one-time registration. Users need to register themselves to https://support.flir.com.

        ii. Click on "Sign In" option on top right corner.

Source: https://flir.custhelp.com/ci/fattach/get/758850/0/filename/How+to+Register+and+Create+Tech+Support+requests+Online.pdf |

| | |
|---|---|
| | **Requesting for Service / Repairs?** To request a RMA for camera repair or calibration, please use our Contact Service page (login required) and follow the onscreen instructions. Once submitted an automatic ticket will be issued and a service representative will contact you regarding your request.<br><br>Source: https://flir.custhelp.com/app/answers/detail/a_id/5825/<br><br>**Can't find your FLIR product listed above?** No problem, our technical support specialists can take down what you need and have the appropriate product specialist contact you.<br>Or, you can Ask a Question selecting your FLIR product, so that the ticket is routed to one of our product experts.<br><br>Source: https://flir.custhelp.com/app/answers/detail/a_id/5825/ |
| determining availability of a plurality of alternate target resources, each respective target resource having at least one respective target characteristic; | The FLIR customer service platform determines the availability of multiple alternate target resources, each of which has a target characteristic.<br><br>For example, the customer service platform determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent (e.g. language).<br><br>**Requesting for Service / Repairs?** To request a RMA for camera repair or calibration, please use our Contact Service page (login required) and follow the onscreen instructions. Once submitted an automatic ticket will be issued and a service representative will contact you regarding your request.<br><br>Source: https://flir.custhelp.com/app/answers/detail/a_id/5825/ |

> **Can't find your FLIR product listed above?**
>
> No problem, <u>our technical support specialists can take down what you need and have the appropriate product specialist contact you.</u>
>
> Or, you can Ask a Question selecting your FLIR product, so that the ticket is routed to one of our product experts.

Source: https://flir.custhelp.com/app/answers/detail/a_id/5825/

> **How does the support system work?**
>
> Our team is standing by five days a week to help you get the support you need. <u>When you ask a question, the case will be assigned to an agent who can work through troubleshooting steps with you.</u>
>
> If the case requires a more in-depth analysis, it will be assigned to a higher tier of the support staff.
>
> <u>Our support agents can answer technical questions,</u> help diagnose possible hardware problems and provide support for all FLIR and Extech software.
>
> If you have a product supported by a different division of FLIR, you can find support here: FLIR Support

Source: https://flir.custhelp.com/app/answers/detail/a_id/2955/related/1/session/L2F2LzEvdGltZS8xNjg3MzI5NTc0L2dlbi8xNjg3MzI5NTc0L3NpZC9mVURkVklTMGlaJTdFSXNyMzJmNlhJOGcza1hoQU9Ia3V6c0hNdiU3RVhxeU1fUVFfOCU3RTRiY21NWXZybzluaWMMyeEZfakFHMEtHWG9hbEkxUDdxdGtBV0ZCQVlINJTdFeHJoTU12VCU3RVRfRndXQ1YxOFRxeERxSm1KY21V3eGl3JTIxJTIx

> **Unable to call one of our phone numbers?**
>
> <u>You can Ask a Question leaving your contact information and we will be glad to give you a call back.</u>

Source: https://flir.custhelp.com/app/answers/detail/a_id/3572/~/tech-support-phone-lines#:~:text=%2B1%20805%20392%203775

7

| | |
|---|---|
| | > What number can I call for help with my product?<br><br>> International line<br>> +1 805 392 3775<br><br>> Looking for a local number?<br><br>> Supported languages<br>> English, Spanish, German, French and Portuguese.<br><br>Source: https://flir.custhelp.com/app/answers/detail/a_id/3572/~/tech-support-phone-lines#:~:text=%2B1%20805%20392%203775 |
| evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictivemultivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and | The FLIR customer service platform evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the customer service platform uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller.<br><br>> Can't find your FLIR product listed above?<br>> No problem, our technical support specialists can take down what you need and have the appropriate product specialist contact you.<br>> Or, you can Ask a Question selecting your FLIR product, so that the ticket is routed to one of our product experts.<br><br>Source: https://flir.custhelp.com/app/answers/detail/a_id/5825/ |

| | |
|---|---|
| the respective target characteristics of the plurality of alternate target resources; and | How does the support system work?<br><br>Our team is standing by five days a week to help you get the support you need. When you ask a question, the case will be assigned to an agent who can work through troubleshooting steps with you.<br><br>If the case requires a more in-depth analysis, it will be assigned to a higher tier of the support staff.<br><br>Our support agents can answer technical questions, help diagnose possible hardware problems and provide support for all FLIR and Extech software.<br><br>If you have a product supported by a different division of FLIR, you can find support here: FLIR Support<br><br>Source: https://flir.custhelp.com/app/answers/detail/a_id/2955/related/1/session/L2F2LzEvdGltZS8xNjg3MzI5NTc0L2dlbi8xNjg3MzI5NTc0L3NpZC9mVURkVklTMGlaJTdFSXNyMzJmNlhJOGcza1hoQU9Ia3V6c0hNdiU3RVhxeU1fUVFfOCU3RTRiY21NWXZybzlnaWMWMyeEZfakFHMEtHWG9hbEkxUDdxdGtBV0ZCQVlNJTdFeHJoTU12VCU3RVRfRndkXQ1YxOFRxeERxSm1KYmV3eGl3JTIxJTIx<br><br>When I called FLIR, I always received prompt, professional service. They really care and take the extra effort to expedite the repair when your camera is out of service. When you invest in a FLIR thermal camera, you are not just purchasing the camera – you are purchasing the best service.<br><br>Source: http://www.flirmedia.com/MMC/THG/Brochures/17-3508/17-3508_US.pdf |

9

| | |
|---|---|
| | *[Image: Quote on blue background] "When you rely on a specific piece of equipment to earn your living, the manner in which service issues are handled is key. FLIR Service went the extra mile to solve my problem quickly, professionally, and delivered 110%. They are special people who know the impact of the problems they deal with. They are to be commended!"*<br><br>Source: http://www.flirmedia.com/MMC/THG/Brochures/17-3508/17-3508_US.pdf |
| generating a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | The automated processor of the FLIR customer service platform generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the evaluation result.<br><br>For example, the customer service platform generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.<br><br>**Requesting for Service / Repairs?**<br>To request a RMA for camera repair or calibration, please use our Contact Service page (login required) and follow the onscreen instructions. Once submitted an automatic ticket will be issued and a service representative will contact you regarding your request.<br><br>Source: https://flir.custhelp.com/app/answers/detail/a_id/5825/ |

> Can't find your FLIR product listed above?
> No problem, our technical support specialists can take down what you need and have the appropriate product specialist contact you.
> Or, you can Ask a Question selecting your FLIR product, so that the ticket is routed to one of our product experts.

Source: https://flir.custhelp.com/app/answers/detail/a_id/5825/

> How do I get support for my product?
>
> The best way to get in touch with a product specialist is to use the "Ask a Question" feature. You can also call a local number to speak with a support agent over the phone.

Source: https://flir.custhelp.com/app/answers/detail/a_id/2955/related/1/session/L2F2LzEvdGltZS8xNjg3MzI5NTc0L2dlbi8xNjg3MzI5NTc0L3NpZC9mVURkVklTMGlaJTdFSXNyMzJmNlhJOGcza1hoQU9Ia3V6c0hNdiU3RVhxeU1fUVFfOCU3RTRiY21NWXZybzlnaWMyeEZfakFHMEtHWG9hbEkxUDdxdGtBV0ZCQVlNJTdFeHJoTU12VCU3RVRfRndXQ1YxOFRxeERxSm1KYmV3eGl3JTIxJTIx

> When you rely on a specific piece of equipment to earn your living, the manner in which service issues are handled is key. FLIR Service went the extra mile to solve my problem quickly, professionally, and delivered 110%. They are special people who know the impact of the problems they deal with. They are to be commended!

11

| | |
|---|---|
| | Source: http://www.flirmedia.com/MMC/THG/Brochures/17-3508/17-3508_US.pdf<br><br>**Unable to call one of our phone numbers?**<br>You can Ask a Question leaving your contact information and we will be glad to give you a call back.<br><br>Source: https://flir.custhelp.com/app/answers/detail/a_id/3572/~/tech-support-phone-lines#:~:text=%2B1%20805%20392%203775 |