Exhibit 7

| Infringement Claim Chart for U.S. Pat. No. US10491748B1 v. FLIR ("Defendant") |
|---|

| Claim11 | Evidence |
|---|---|
| 11. A method for assigning communications, comprising: | The Teledyne FLIR customer service platform performs a method for assigning communications.<br><br>For example, the Teledyne FLIR customer service platform assigns incoming calls (including SMS and live chats) to call center experts or agents.<br><br><br><br>Source: Service and Support \| Teledyne FLIR |



Source: [Support : GSO Customer support central (flir.com)](flir.com)



Source: Submit a ticket : GSO Customer support central (flir.com)

| | |
|---|---|
| receiving a plurality of respective communications for association with a respective resource selected from a plurality of resources; | The Teledyne FLIR customer service platform receives multiple respective communications that are to be associated with a respective resource selected from multiple resources.<br><br>For example, the Teledyne FLIR customer service platform receives multiple incoming calls (e.g. including phone calls, SMS and live chats) from customers requesting support or information. Each incoming call is to be assigned, by the customer service platform, to a call center specialist or agent who can help the customer with the customer's request or ticket raised.<br><br><br><br>Source: Service and Support \| Teledyne FLIR |



Source: <u>Support : GSO Customer support central (flir.com)</u>



Source: Submit a ticket : GSO Customer support central (flir.com)

**Objective**

Teledyne CARIS Customer Services defined its mandate, to respond to a customer's technical enquiries online, by e-mail or telephone by no later than the next Teledyne CARIS business day. In order to ease access for out customers to log and review technical enquiries, Teledyne CARIS maintains an online Service Desk, providing the customer with the ability to:

- submit, review, update, and close their own, and their company's, Service Requests online at any time;
- communicate interactively with our Customer Service Advisors (CSAs) via the Service Desk and by means of commenting online as well as subsequent system-generated e-mails; and
- access all information (e.g., files, communications, etc.) related to their Service Requests as well as access to the Knowledge Base in one central location.

Source: [service desk tutorial | Teledyne Geospatial (teledynecaris.com)](service desk tutorial | Teledyne Geospatial (teledynecaris.com))



**Product lines supported over the phone**

FLIR ONE, dial **Option 1**
- Camera for mobile devices

Thermography reporting software, dial **Option 2**
- FLIR Thermal Studio

Test & Measurement Instruments, dial **Option 3**
- EXTECH branded meters
- FLIR meters such as TG-Series, DM-Series and others

For Infrared thermography products, dial **Option 4** and select the next options according to your product:
- For Thermal Handheld cameras such as FLIR Cx, Ex, Exx and Txxx series, please dial **Option 1**
- For Thermal Automation and Science cameras, such as AX8, A400, A6701 and X6901sc please dial **Option 2**
- For Thermal Monoculars such as FLIR Scion, and FLIR Scout, please dial **Option 3**
- For Thermal cameras for UAS or drones such as FLIR Duo, FLIR Vue, please dial **Option 4**

For Integrated Solutions products, dial **Option 5** (Please see **Integrated Solutions FAQ** for direct phone lines)
- Thermal Security products, such as Elara, Triton, Saros
- Software and hardware related to Enterprise security, such as Latitude, Meridian, Quasar, Ariel series
- Software and hardware related to Traffic System, such as Flux, Acyclica, TrafiBot, TrafiSense, TrafiCam

For Thermal Maritime and Raymarine such as M232, M300C, M364C, M400 Please see the **Thermal Maritime FAQ** for how to contact us

**Can't find your FLIR product listed above?**

No problem, our technical support specialists can take down what you need and have the appropriate product specialist contact you.

Or, you can **Ask a Question** selecting your FLIR product, so that the ticket is routed to one of our product experts.

Source: [Tech Support Phone Lines (custhelp.com)](Tech Support Phone Lines (custhelp.com))

| identifying a | The Teledyne FLIR customer service platform identifies multiple resources that are |
| --- | --- |

| plurality of resources available for association with a respective communication and capable of handling the respective communication, each available resource having a limited quantitative capacity for association with multiple communications and an availability state; | available for association with a respective communication and are capable of handling the respective communication. Each available resource has a limited quantitative capacity for association with multiple communications and an availability state.<br><br>For example, the Teledyne FLIR customer service platform uses one or more of interactive voice responses (e.g. language), caller identification (e.g. user account profile) and customer relationship management information to determine the nature of a call and thereby, the required skill of a call center agent to handle the call. Based on the required skill set, the customer service platform identifies call center agents (i.e. resources) who possess the skill set and are therefore capable of handling the call. Those identified agents who are immediately, or will soon be, available to handle the call are deemed by the customer service platform to be available to handle the call.<br><br><br><br>Source: Service and Support \| Teledyne FLIR |
| --- | --- |



Source: <u>Support : GSO Customer support central (flir.com)</u>



Source: Submit a ticket : GSO Customer support central (flir.com)



Source: The FLIR Hub.

### Objective

Teledyne CARIS Customer Services defined its mandate, to respond to a customer's technical enquiries online, by e-mail or telephone by no later than the next Teledyne CARIS business day. In order to ease access for out customers to log and review technical enquiries, Teledyne CARIS maintains an online Service Desk, providing the customer with the ability to:

- submit, review, update, and close their own, and their company's, Service Requests online at any time;

- communicate interactively with our Customer Service Advisors (CSAs) via the Service Desk and by means of commenting online as well as subsequent system-generated e-mails; and

- access all information (e.g., files, communications, etc.) related to their Service Requests as well as access to the Knowledge Base in one central location.

Source: service desk tutorial | Teledyne Geospatial (teledynecaris.com)

**Product lines supported over the phone**

FLIR ONE, dial **Option 1**
- Camera for mobile devices

Thermography reporting software, dial **Option 2**
- FLIR Thermal Studio

Test & Measurement Instruments, dial **Option 3**
- EXTECH branded meters
- FLIR meters such as TG-Series, DM-Series and others

For Infrared thermography products, dial **Option 4** and select the next options according to your product:
- For Thermal Handheld cameras such as FLIR Cx, Ex, Exx and Txxx series, please dial **Option 1**
- For Thermal Automation and Science cameras, such as AX8, A400, A6701 and X6901sc please dial **Option 2**
- For Thermal Monoculars such as FLIR Scion, and FLIR Scout, please dial **Option 3**
- For Thermal cameras for UAS or drones such as FLIR Duo, FLIR Vue, please dial **Option 4**

For Integrated Solutions products, dial **Option 5** (Please see Integrated Solutions FAQ  for direct phone lines)
- Thermal Security products, such as Elara, Triton, Saros
- Software and hardware related to Enterprise security, such as Latitude, Meridian, Quasar, Ariel series
- Software and hardware related to Traffic System, such as Flux, Acyclica, TrafiBot, TrafiSense, TrafiCam

For Thermal Maritime and Raymarine such as M232, M300C, M364C, M400 Please see the Thermal Maritime FAQ for how to contact us

**Can't find your FLIR product listed above?**

No problem, our technical support specialists can take down what you need and have the appropriate product specialist contact you.

Or, you can Ask a Question selecting your FLIR product, so that the ticket is routed to one of our product experts.

Source: Tech Support Phone Lines (custhelp.com)

| | |
|---|---|
| calculating a respective score associated with each available resource dependent on the availability state of a respective available resource; | The Teledyne FLIR customer service platform calculates a respective score associated with each available resource dependent on the availability state of a respective available resource.<br><br>For example, for each available agent, the Teledyne FLIR customer service platform determines an estimated wait time that the caller will remain in a queue before the agent can take the call (e.g. to prioritize urgent communications).<br><br><br><br>Source: Service and Support \| Teledyne FLIR |



Source: <u>Support : GSO Customer support central (flir.com)</u>



Source: Submit a ticket : GSO Customer support central (flir.com)

## Objective

Teledyne CARIS Customer Services defined its mandate, to respond to a customer's technical enquiries online, by e-mail or telephone by no later than the next Teledyne CARIS business day. In order to ease access for out customers to log and review technical enquiries, Teledyne CARIS maintains an online Service Desk, providing the customer with the ability to:

- submit, review, update, and close their own, and their company's, Service Requests online at any time;
- communicate interactively with our Customer Service Advisors (CSAs) via the Service Desk and by means of commenting online as well as subsequent system-generated e-mails; and
- access all information (e.g., files, communications, etc.) related to their Service Requests as well as access to the Knowledge Base in one central location

Source: service desk tutorial | Teledyne Geospatial (teledynecaris.com)

**Product lines supported over the phone**

FLIR ONE, dial **Option 1**
- Camera for mobile devices

Thermography reporting software, dial **Option 2**
- FLIR Thermal Studio

Test & Measurement Instruments, dial **Option 3**
- EXTECH branded meters
- FLIR meters such as TG-Series, DM-Series and others

For Infrared thermography products, dial **Option 4** and select the next options according to your product:
- For Thermal Handheld cameras such as FLIR Cx, Ex, Exx and Txxx series, please dial **Option 1**
- For Thermal Automation and Science cameras, such as AX8, A400, A6701 and X6901sc please dial **Option 2**
- For Thermal Monoculars such as FLIR Scion, and FLIR Scout, please dial **Option 3**
- For Thermal cameras for UAS or drones such as FLIR Duo, FLIR Vue, please dial **Option 4**

For Integrated Solutions products, dial **Option 5** (Please see Integrated Solutions FAQ  for direct phone lines)
- Thermal Security products, such as Elara, Triton, Saros
- Software and hardware related to Enterprise security, such as Latitude, Meridian, Quasar, Ariel series
- Software and hardware related to Traffic System, such as Flux, Acyclica, TrafiBot, TrafiSense, TrafiCam

For Thermal Maritime and Raymarine such as M232, M300C, M364C, M400 Please see the Thermal Maritime FAQ for how to contact us

**Can't find your FLIR product listed above?**

No problem, our technical support specialists can take down what you need and have the appropriate product specialist contact you.

Or, you can Ask a Question selecting your FLIR product, so that the ticket is routed to one of our product experts.

Source: Tech Support Phone Lines (custhelp.com)

| estimating an | The Teledyne FLIR customer service platform estimates an expected economic value to |
| --- | --- |

| | |
|---|---|
| expected economic value to be obtained by associating each respective communication with each respective available resource, dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource; and | be obtained by associating each respective communication with each respective available resource. The estimated economic value is dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource.<br><br>For example, for a given call, the Teledyne FLIR customer service platform determines, from the group of available agents, an appropriate agent for handling the call. This determination is dependent on the estimated wait time before the call is routed to the particular agent and how well the requirements of the call match the skill profile of the particular expert or agent.<br><br><br><br>Source: Service and Support \| Teledyne FLIR |



Source: <u>Support : GSO Customer support central (flir.com)</u>



Source: Submit a ticket : GSO Customer support central (flir.com)

Source: [service desk tutorial | Teledyne Geospatial (teledynecaris.com)](https://teledynecaris.com)



Source: [Tech Support Phone Lines (custhelp.com)](https://custhelp.com)

| assigning each | The Teledyne FLIR customer service platform assigns each of the multiple respective |
|---|---|

| of the plurality of respective communications to one of the plurality of resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. | communications to one of the multiple resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource.<br><br>For example, based on the estimated expected economic value by phone-based surveys and customer satisfaction, the Teledyne FLIR Customer Service system selects a call center expert or agent to handle the call and connects that expert or agent with the caller.<br><br><br><br>Source: Service and Support \| Teledyne FLIR |
| --- | --- |



Source: <u>Support : GSO Customer support central (flir.com)</u>



Source: Submit a ticket : GSO Customer support central (flir.com)

## Objective

Teledyne CARIS Customer Services defined its mandate, to respond to a customer's technical enquiries online, by e-mail or telephone by no later than the next Teledyne CARIS business day. In order to ease access for out customers to log and review technical enquiries, Teledyne CARIS maintains an online Service Desk, providing the customer with the ability to:

- submit, review, update, and close their own, and their company's, Service Requests online at any time;

- communicate interactively with our Customer Service Advisors (CSAs) via the Service Desk and by means of commenting online as well as subsequent system-generated e-mails; and

- access all information (e.g., files, communications, etc.) related to their Service Requests as well as access to the Knowledge Base in one central location.

Source: [service desk tutorial | Teledyne Geospatial (teledynecaris.com)](service desk tutorial | Teledyne Geospatial (teledynecaris.com))



Source: [Tech Support Phone Lines (custhelp.com)](Tech Support Phone Lines (custhelp.com))

24