# Exhibit 9

**Infringement Claim Chart for U.S. Pat. No. US7269253B1 v. FLIR ("Defendant")**

| Claim 10 | Evidence |
|---|---|
| 10. A communications method comprising: | The FLIR Customer Service performs a method for communicating in a communication network.<br><br>For Example, FLIR Customer Service performs a method of communicating by establishing, over a communication network, a call between callers with a request to the appropriate department for assistance.<br><br>Source: Service and Support \| Teledyne FLIR |



Source: Support : GSO Customer support central (flir.com)

| | |
|---|---|
| |   Source: Submit a ticket : GSO Customer support central (flir.com) |
| (a) receiving a plurality of communications, each having | The Teledyne FLIR Customer Service receives a plurality of communications, each having associated classification information.  For example, Teledyne FLIR Customer Service receives calls from multiple callers. For |

| | |
|---|---|
| associated classification information; | each call, a user provides information about the nature of the call by selecting the appropriate department from the given choices via keypad entry. The responses are used to classify the call.<br><br><br><br>Source: Service and Support \| Teledyne FLIR |



Source: Support : GSO Customer support central (flir.com)



Source: Submit a ticket : GSO Customer support central (flir.com)

| | |
|---|---|
| | **Objective**<br><br>Teledyne CARIS Customer Services defined its mandate, to respond to a customer's technical enquiries online, by e-mail or telephone by no later than the next Teledyne CARIS business day. In order to ease access for out customers to log and review technical enquiries, Teledyne CARIS maintains an online Service Desk, providing the customer with the ability to:<br><br>• submit, review, update, and close their own, and their company's, Service Requests online at any time;<br><br>• communicate interactively with our Customer Service Advisors (CSAs) via the Service Desk and by means of commenting online as well as subsequent system-generated e-mails; and<br><br>• access all information (e.g., files, communications, etc.) related to their Service Requests as well as access to the Knowledge Base in one central location.<br><br>Source: service desk tutorial \| Teledyne Geospatial (teledynecaris.com) |
| (b) storing information representing characteristics of at least three potential targets; and | The Teledyne FLIR Customer Service maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, Teledyne FLIR Customer Service stores information about the skill set possessed by agents who are potential targets of the call. Teledyne FLIR employs numerous agents, at least three of which possess the skill set required by the call. |



Source: Service and Support | Teledyne FLIR



Source: Support : GSO Customer support central (flir.com)



Source: Submit a ticket : GSO Customer support central (flir.com)

| | |
|---|---|
| | **Objective**<br><br>Teledyne CARIS Customer Services defined its mandate, to respond to a customer's technical enquiries online, by e-mail or telephone by no later than the next Teledyne CARIS business day. In order to ease access for out customers to log and review technical enquiries, Teledyne CARIS maintains an online Service Desk, providing the customer with the ability to:<br><br>- submit, review, update, and close their own, and their company's, Service Requests online at any time;<br>- communicate interactively with our Customer Service Advisors (CSAs) via the Service Desk and by means of commenting online as well as subsequent system-generated e-mails; and<br>- access all information (e.g., files, communications, etc.) related to their Service Requests as well as access to the Knowledge Base in one central location.<br><br>Source: service desk tutorial \| Teledyne Geospatial (teledynecaris.com) |
| (c) determining, in a combinatorial optimization, an optimum target for each communication based on the communication classification, and target characteristics. | The Teledyne FLIR Customer Service determines an optimum target for each communication based on the communication classification and target characteristics using a combinatorial optimization comparing at least three potential targets.<br><br>For example, Teledyne FLIR Customer Service analyses the caller selection to determine one or more skills that a product expert or agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system determines the potential agent based on the communication classification and performs automated calls using Teledyne CARIS Customer Services (i.e., a combinatorial optimization). |



Source: Service and Support | Teledyne FLIR



Source: Support : GSO Customer support central (flir.com)



Source: Submit a ticket : GSO Customer support central (flir.com)

> **Objective**
>
> Teledyne CARIS Customer Services defined its mandate, to respond to a customer's technical enquiries online, by e-mail or telephone by no later than the next Teledyne CARIS business day. In order to ease access for out customers to log and review technical enquiries, Teledyne CARIS maintains an online Service Desk, providing the customer with the ability to:
>
> - submit, review, update, and close their own, and their company's, Service Requests online at any time;
> - communicate interactively with our Customer Service Advisors (CSAs) via the Service Desk and by means of commenting online as well as subsequent system-generated e-mails; and
> - access all information (e.g., files, communications, etc.) related to their Service Requests as well as access to the Knowledge Base in one central location.

Source: service desk tutorial | Teledyne Geospatial (teledynecaris.com)

> **Product lines supported over the phone**
>
> FLIR ONE, dial **Option 1**
> - Camera for mobile devices
>
> Thermography reporting software, dial **Option 2**
> - FLIR Thermal Studio
>
> Test & Measurement Instruments, dial **Option 3**
> - EXTECH branded meters
> - FLIR meters such as TG-Series, DM-Series and others
>
> For Infrared thermography products, dial **Option 4** and select the next options according to your product:
> - For Thermal Handheld cameras such as FLIR Cx, Ex, Exx and Txxx series, please dial **Option 1**
> - For Thermal Automation and Science cameras, such as AX8, A400, A6701 and X6901sc please dial **Option 2**
> - For Thermal Monoculars such as FLIR Scion, and FLIR Scout, please dial **Option 3**
> - For Thermal cameras for UAS or drones such as FLIR Duo, FLIR Vue, please dial **Option 4**
>
> For Integrated Solutions products, dial **Option 5** (Please see Integrated Solutions FAQ for direct phone lines)
> - Thermal Security products, such as Elara, Triton, Saros
> - Software and hardware related to Enterprise security, such as Latitude, Meridian, Quasar, Ariel series
> - Software and hardware related to Traffic System, such as Flux, Acyclica, TrafiBot, TrafiSense, TrafiCam
>
> For Thermal Maritime and Raymarine such as M232, M300C, M364C, M400 Please see the Thermal Maritime FAQ for how to contact us
>
> **Can't find your FLIR product listed above?**
> No problem, our technical support specialists can take down what you need and have the appropriate product specialist contact you.
> Or, you can Ask a Question selecting your FLIR product, so that the ticket is routed to one of our product experts.

Source: Tech Support Phone Lines (custhelp.com)