Exhibit 10

| Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. FLIR ("Defendant") |
|---|

| Claim11 | Evidence |
|---|---|
| 11. A method for matching a first entity with a second entity, comprising: | The Teledyne FLIR Customer Service system with intelligent routing performs a method of matching a first entity with a second entity.<br><br>For example, the Teledyne FLIR Customer Service system matches an incoming call, which is the first entity, to a call center agent, which is the second entity.<br><br><br><br>Source: [Service and Support | Teledyne FLIR](#) |

1



Source: <u>Support : GSO Customer support central (flir.com)</u>



Source: Submit a ticket : GSO Customer support central (flir.com)

| storing a plurality of multivalued scalar data representing inferential targeting parameters for the first entity; | The Teledyne FLIR Customer Service system with intelligent routing stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity. |
|---|---|
| | For example, the Teledyne FLIR Customer Service system uses one or more of: interactive voice response (IVR), keypad menus, caller identification and customer relationship management (CRM) information to determine the nature of a call and thereby, the required characteristics of a call center product expert or agent to handle the call.  These required agent characteristics include one or more of: skills and respective skill levels, the agent's location, prior call history with calls of the same nature. These required characteristics are represented by Teledyne CARIS Customer Services comprising a plurality of multivalued scalar data, which is stored and used, by the Teledyne FLIR Customer Service system, as inferential, or intelligent, targeting parameters for routing the call to an appropriate call center agent. |
| |  |
| | Source: Service and Support \| Teledyne FLIR |



Source: <u>Support : GSO Customer support central (flir.com)</u>



Source: Submit a ticket : GSO Customer support central (flir.com)

## Objective

Teledyne CARIS Customer Services defined its mandate, to respond to a customer's technical enquiries online, by e-mail or telephone by no later than the next Teledyne CARIS business day. In order to ease access for out customers to log and review technical enquiries, Teledyne CARIS maintains an online Service Desk, providing the customer with the ability to:

- submit, review, update, and close their own, and their company's, Service Requests online at any time;
- communicate interactively with our Customer Service Advisors (CSAs) via the Service Desk and by means of commenting online as well as subsequent system-generated e-mails; and
- access all information (e.g., files, communications, etc.) related to their Service Requests as well as access to the Knowledge Base in one central location.

Source: service desk tutorial | Teledyne Geospatial (teledynecaris.com)

**Product lines supported over the phone**

FLIR ONE, dial **Option 1**
- Camera for mobile devices

Thermography reporting software, dial **Option 2**
- FLIR Thermal Studio

Test & Measurement Instruments, dial **Option 3**
- EXTECH branded meters
- FLIR meters such as TG-Series, DM-Series and others

For Infrared thermography products, dial **Option 4** and select the next options according to your product:
- For Thermal Handheld cameras such as FLIR Cx, Ex, Exx and Txxx series, please dial **Option 1**
- For Thermal Automation and Science cameras, such as AX8, A400, A6701 and X6901sc please dial **Option 2**
- For Thermal Monoculars such as FLIR Scion, and FLIR Scout, please dial **Option 3**
- For Thermal cameras for UAS or drones such as FLIR Duo, FLIR Vue, please dial **Option 4**

For Integrated Solutions products, dial **Option 5** (Please see Integrated Solutions FAQ  for direct phone lines)
- Thermal Security products, such as Elara, Triton, Saros
- Software and hardware related to Enterprise security, such as Latitude, Meridian, Quasar, Ariel series
- Software and hardware related to Traffic System, such as Flux, Acyclica, TrafiBot, TrafiSense, TrafiCam

For Thermal Maritime and Raymarine such as M232, M300C, M364C, M400 Please see the Thermal Maritime FAQ for how to contact us

**Can't find your FLIR product listed above?**

No problem, our technical support specialists can take down what you need and have the appropriate product specialist contact you.

Or, you can Ask a Question selecting your FLIR product, so that the ticket is routed to one of our product experts.

Source: Tech Support Phone Lines (custhelp.com)

| storing a | The Teledyne FLIR Customer Service system with intelligent routing stores a plurality of |
| --- | --- |

| plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities; | multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities.<br><br>For example, the Teledyne FLIR Customer Service system stores respective characteristics of multiple call center product specialist or agents. These agent characteristics include one or more of: skills and respective skill levels, the agent's location, and the agent's prior history with handling calls of a specific nature. The agent characteristics are represented by Teledyne CARIS Customer Services comprising a plurality of multivalued scalar data and are used, by the Teledyne FLIR Customer Service system, as inferential targeting parameters for routing the call to an appropriate call center agent.<br><br><br><br>Source: Service and Support \| Teledyne FLIR |
| --- | --- |



Source: [Support : GSO Customer support central (flir.com)](flir.com)



Source: Submit a ticket : GSO Customer support central (flir.com)

## Objective

Teledyne CARIS Customer Services defined its mandate, to respond to a customer's technical enquiries online, by e-mail or telephone by no later than the next Teledyne CARIS business day. In order to ease access for out customers to log and review technical enquiries, Teledyne CARIS maintains an online Service Desk, providing the customer with the ability to:

- submit, review, update, and close their own, and their company's, Service Requests online at any time;

- communicate interactively with our Customer Service Advisors (CSAs) via the Service Desk and by means of commenting online as well as subsequent system-generated e-mails; and

- access all information (e.g., files, communications, etc.) related to their Service Requests as well as access to the Knowledge Base in one central location.

Source: [service desk tutorial | Teledyne Geospatial (teledynecaris.com)](service desk tutorial | Teledyne Geospatial (teledynecaris.com))

**Product lines supported over the phone**

FLIR ONE, dial **Option 1**
- Camera for mobile devices

Thermography reporting software, dial **Option 2**
- FLIR Thermal Studio

Test & Measurement Instruments, dial **Option 3**
- EXTECH branded meters
- FLIR meters such as TG-Series, DM-Series and others

For Infrared thermography products, dial **Option 4** and select the next options according to your product:
- For Thermal Handheld cameras such as FLIR Cx, Ex, Exx and Txxx series, please dial **Option 1**
- For Thermal Automation and Science cameras, such as AX8, A400, A6701 and X6901sc please dial **Option 2**
- For Thermal Monoculars such as FLIR Scion, and FLIR Scout, please dial **Option 3**
- For Thermal cameras for UAS or drones such as FLIR Duo, FLIR Vue, please dial **Option 4**

For Integrated Solutions products, dial **Option 5** (Please see Integrated Solutions FAQ   for direct phone lines)
- Thermal Security products, such as Elara, Triton, Saros
- Software and hardware related to Enterprise security, such as Latitude, Meridian, Quasar, Ariel series
- Software and hardware related to Traffic System, such as Flux, Acyclica, TrafiBot, TrafiSense, TrafiCam

For Thermal Maritime and Raymarine such as M232, M300C, M364C, M400 Please see the Thermal Maritime FAQ for how to contact us

**Can't find your FLIR product listed above?**

No problem, our technical support specialists can take down what you need and have the appropriate product specialist contact you.

Or, you can Ask a Question selecting your FLIR product, so that the ticket is routed to one of our product experts.

Source: [Tech Support Phone Lines (custhelp.com)](Tech Support Phone Lines (custhelp.com))

| performing | The Teledyne FLIR Customer Service system with intelligent routing performs, using an |
|---|---|

| using an automated processor, based on at least the stored plurality of multivalue scalar data, an economic optimization seeking to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | automated processor and based on at least the stored plurality of multivalued scalar data, an economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics for handing the call and the respective characteristics of multiple call center agents, the Teledyne FLIR Customer Service system selects an appropriate agent for handling the call. This selection is made by making, for each of the multiple agents, a cost-benefit analysis of a prospective matching of the call with the particular agent. The cost-benefit for the prospective match is based, at least in part, on the required agent characteristics and the characteristics of the particular expert or agent. This prospective match is mutually exclusive in the sense that the call is only assigned to the particular agent and the agent to this particular call for the duration of the call. Therefore, the cost-benefit analysis also accounts for the fact that the agent cannot handle other calls while handling this call. The agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called normalized economic surplus, is selected by the Teledyne FLIR Customer Service system to handle the call.<br><br> |

Source: [Service and Support | Teledyne FLIR](#)



Source: [Support : GSO Customer support central (flir.com)](#)



Source: Submit a ticket : GSO Customer support central (flir.com)

## Objective

Teledyne CARIS Customer Services defined its mandate, to respond to a customer's technical enquiries online, by e-mail or telephone by no later than the next Teledyne CARIS business day. In order to ease access for out customers to log and review technical enquiries, Teledyne CARIS maintains an online Service Desk, providing the customer with the ability to:

- submit, review, update, and close their own, and their company's, Service Requests online at any time;

- communicate interactively with our Customer Service Advisors (CSAs) via the Service Desk and by means of commenting online as well as subsequent system-generated e-mails; and

- access all information (e.g., files, communications, etc.) related to their Service Requests as well as access to the Knowledge Base in one central location.

Source: [service desk tutorial | Teledyne Geospatial (teledynecaris.com)](teledynecaris.com)

**Product lines supported over the phone**

FLIR ONE, dial **Option 1**
- Camera for mobile devices

Thermography reporting software, dial **Option 2**
- FLIR Thermal Studio

Test & Measurement Instruments, dial **Option 3**
- EXTECH branded meters
- FLIR meters such as TG-Series, DM-Series and others

For Infrared thermography products, dial **Option 4** and select the next options according to your product:
- For Thermal Handheld cameras such as FLIR Cx, Ex, Exx and Txxx series, please dial **Option 1**
- For Thermal Automation and Science cameras, such as AX8, A400, A6701 and X6901sc please dial **Option 2**
- For Thermal Monoculars such as FLIR Scion, and FLIR Scout, please dial **Option 3**
- For Thermal cameras for UAS or drones such as FLIR Duo, FLIR Vue, please dial **Option 4**

For Integrated Solutions products, dial **Option 5** (Please see Integrated Solutions FAQ   for direct phone lines)
- Thermal Security products, such as Elara, Triton, Saros
- Software and hardware related to Enterprise security, such as Latitude, Meridian, Quasar, Ariel series
- Software and hardware related to Traffic System, such as Flux, Acyclica, TrafiBot, TrafiSense, TrafiCam

For Thermal Maritime and Raymarine such as M232, M300C, M364C, M400 Please see the Thermal Maritime FAQ for how to contact us

**Can't find your FLIR product listed above?**

No problem, our technical support specialists can take down what you need and have the appropriate product specialist contact you.

Or, you can Ask a Question selecting your FLIR product, so that the ticket is routed to one of our product experts.

Source: [Tech Support Phone Lines (custhelp.com)](custhelp.com)

| outputting a | The Teledyne FLIR Customer Service system with intelligent routing outputs a signal in |
|---|---|

| | |
|---|---|
| signal in dependence on the optimization. | dependence on the optimization.<br><br>For example, the Teledyne FLIR Customer Service system generates and outputs a signal for connecting the call with the matched agent, whereby the exact nature of the signal depends on the matched agent, so as to connect that agent to the call.<br><br><br><br>Source: Service and Support \| Teledyne FLIR |



Source: [Support : GSO Customer support central (flir.com)](flir.com)



Source: Submit a ticket : GSO Customer support central (flir.com)

## Objective

Teledyne CARIS Customer Services defined its mandate, to respond to a customer's technical enquiries online, by e-mail or telephone by no later than the next Teledyne CARIS business day. In order to ease access for out customers to log and review technical enquiries, Teledyne CARIS maintains an online Service Desk, providing the customer with the ability to:

- submit, review, update, and close their own, and their company's, Service Requests online at any time;

- communicate interactively with our Customer Service Advisors (CSAs) via the Service Desk and by means of commenting online as well as subsequent system-generated e-mails; and

- access all information (e.g., files, communications, etc.) related to their Service Requests as well as access to the Knowledge Base in one central location.

Source: [service desk tutorial | Teledyne Geospatial (teledynecaris.com)](service desk tutorial | Teledyne Geospatial (teledynecaris.com))

**Product lines supported over the phone**

FLIR ONE, dial **Option 1**
- Camera for mobile devices

Thermography reporting software, dial **Option 2**
- FLIR Thermal Studio

Test & Measurement Instruments, dial **Option 3**
- EXTECH branded meters
- FLIR meters such as TG-Series, DM-Series and others

For Infrared thermography products, dial **Option 4** and select the next options according to your product:
- For Thermal Handheld cameras such as FLIR Cx, Ex, Exx and Txxx series, please dial **Option 1**
- For Thermal Automation and Science cameras, such as AX8, A400, A6701 and X6901sc please dial **Option 2**
- For Thermal Monoculars such as FLIR Scion, and FLIR Scout, please dial **Option 3**
- For Thermal cameras for UAS or drones such as FLIR Duo, FLIR Vue, please dial **Option 4**

For Integrated Solutions products, dial **Option 5** (Please see Integrated Solutions FAQ   for direct phone lines)
- Thermal Security products, such as Elara, Triton, Saros
- Software and hardware related to Enterprise security, such as Latitude, Meridian, Quasar, Ariel series
- Software and hardware related to Traffic System, such as Flux, Acyclica, TrafiBot, TrafiSense, TrafiCam

For Thermal Maritime and Raymarine such as M232, M300C, M364C, M400 Please see the Thermal Maritime FAQ for how to contact us

**Can't find your FLIR product listed above?**

No problem, our technical support specialists can take down what you need and have the appropriate product specialist contact you.

Or, you can Ask a Question selecting your FLIR product, so that the ticket is routed to one of our product experts.

Source: [Tech Support Phone Lines (custhelp.com)](Tech Support Phone Lines (custhelp.com))