THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PATENT ARMORY INC.,**<br><br>Plaintiff,<br><br>*v.*<br><br>**TELEDYNE FLIR, LLC,**<br><br>Defendant. | CASE NO. 1:23-CV-00497-MN<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Patent Armory Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses **with prejudice** all claims by Plaintiff against Defendant Teledyne FLIR, LLC. Each party shall bear its own costs, expenses, and attorneys' fees.

Date: August 31, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC

        (*pro hac vice forthcoming*)
        600 Mamaroneck Ave STE 400
        Harrison, NY 10528
        Tel. (773) 669-4590
        issac@rabilaw.com
        **Counsel for Plaintiff**
        **Patent Armory Inc.**

SO ORDERED this _____ day of _____ , 2023.

_____
UNITED STATES DISTRICT JUDGE